**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :   Crim. No. 3:10CR00093 (AWT)
                              :
SYED BABAR                    :
                              :
------------------------------X
```

## AMENDMENT TO RESTITUTION ORDER

Schedule A of the Restitution Order (Doc. No. 703) is hereby AMENDED to reflect the defendant's restitution obligation, now that all of the other individuals who are jointly and severally liable with the defendant have been sentenced, by replacing it with the attached Schedule A.

It is so ordered.

Dated at Hartford, Connecticut on this 27th day of August, 2012.

                                          /s/AWT
                                      Alvin W. Thompson
                            United States District Judge

| Property | Victim | Lender Address | Lender Contact | Amount Paid to obtain loan | Other expenses and costs | Resold | Restitution Ordered* | Others Owing Restitution** |
|---|---|---|---|---|---|---|---|---|
| 35 Lake Street Norwich | Shelving Rock Partners | 4 Research Drive Shelton, CT 06484 | Brian Newman (203) 242-3030 | $70,109.00 | $20,195.00 | $45,000.00 | $45,304.00 | Werner |
| 37 Lake Street Norwich | US Bank National Assoc., Trustee for CSMC Mtg | 11 Madison Avenue New York, NY 10010 | | $268,817.80 | $0.00 | $70,000.00 | $198,817.80 | Werner |
| 41 Lake Street Norwich | DLJ Mortgage Capital | 11 Madison Avenue New York, NY 10010 | | $254,327.10 | $0.00 | $50,000.00 | $204,327.10 | Werner |
| 51 Lake Street Norwich | US Bank National Association | 11 Madison Avenue New York, NY 10010 | | $190,000.00 | $0.00 | $70,000.00 | $120,000.00 | No Others Owing Restituion |
| 162 Lamentation Drive, Berlin | US Bank National Association, Trustee for Bank of America Funding | 8480 Stagecoach Circle Frederick, MD 21701 | | $695,000.00 | $0.00 | $350,000.00 | $345,000.00 | Perkins, Thomas |
| 17 Denison Ave New London | Freddie Mac | 8200 Jones Branch Drive #263 McLean, VA 22102 | Ryan McGuinness (703) 903-3371 | $207,292.78 | $29,841.38 | $60,000.00 | $177,134.16 | Perkins, Thomas |
| 24 Farm Street Danbury | Freddie Mac | 8200 Jones Branch Drive #263 McLean, VA 22102 | Ryan McGuinness (703) 903-3371 | $397,712.28 | $61,525.22 | $250,500.00 | $208,737.50 | Perkins, Thomas |
| 8010 Kilkenny Court Naples, FL | Taylor, Bean, and Whitaker | Troutman Sanders LLP Bank of America Plaza 600 Peachtree Street, N.E., Suite 5200 Atlanta, Georgia 30308 | Atty Bryan B. Lavine Tel # (404) 885-3170 | $571,761.00 | $55,652.00 | **$332,000.00** | $295,413.00 | Russo, Perkins, Thomas |
| 41 Montauk Ave New London | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $251,315.26 | $31,716.79 | $33,000.00 | $250,032.05 | Russo, Perkins, Nawaz, Thomas |
| 104 Walnut Street Willimantic | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $249,000.00 | $30,745.64 | $54,900.00 | $224,845.64 | Russo, Perkins, Thomas, Nawaz |
| 110 Walnut Street Willimantic | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $213,750.00 | $53,851.27 | $68,250.00 | $199,351.27 | Russo, Perkins, Thomas, Nawaz |

## Schedule A: Amended Babar Restitution Chart

| Property | Victim | Lender Address | Lender Contact | Amount Paid to obtain loan | Other expenses and costs | Resold | Restitution Ordered* | Others Owing Restitution** |
|---|---|---|---|---|---|---|---|---|
| 80 Hillside Ave Meriden | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $189,000.00 | $31,111.29 | $32,000.00 | $188,111.29 | Russo, Perkins, Thomas, Nawaz |
| 21 W. Coit Street New London | JP Morgan Chase Bank NA | One Chase Manhattan Plaza New York, NY 10081 | Jill Simons (904) 620-6991 | $174,442.38 (Loss) | $0.00 | $37,000.00 | $174,442.38 | Nawaz, Thomas, Nawaz, Perkins |
| 173 Beaver Street New Britain | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $235,530.00 | | **$95,000.00** | $140,530.00 | Olmer, Thomas, Nawaz, Perkins |
| 75 Bradley Ave Meriden | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $193,481.35 | | **$130,000.00** | $63,481.35 | Olmer, Thomas, Nawaz, Perkins |
| 281 Crown Street Meriden | Freddie Mac | 8200 Jones Branch Drive #263 McLean, VA 22102 | Ryan McGuinness (703) 903-3371 | $188,845.08 | $61,553.93 | $38,000.00 | $212,399.01 | Olmer, Thomas, Nawaz, Perkins |
| 350 Rocky Hill Ave New Britain | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | | $246,137.00 | | **$153,000.00** | $93,137.00 | Olmer, Thomas, Nawaz, Perkins |
| 97/171 Bradford Avenue East Haven | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $416,674.70 | $39,195.86 | $171,400.00 | $284,470.56 | Olmer, Novak, Thomas, Nawaz, Perkins |
| 61 Baxter Lane Milford | Precision Financial | 6800 Jericho Tpke Suite 206E Syosset, NY 11791 | | n/a | n/a | $310,000.00 | $0.00 | Olmer, Thomas, Nawaz, Perkins |
| 84 Forest Street Ext East Haven | BAC Home Loans | Bank of America ATTN: Corresp. Unit CA6-919-01-41 PO Box 5170 Simi Valley, CA 93062 | | $292,500.00 | | **$190,000.00** | $102,500.00 | Olmer, Thomas, Nawaz, Perkins |
| 57 Bassett Street New Haven | U.S. Department of Housing and Urban Development | P.O. Box 955452 St. Louis, MO 63195 | (817) 978-5632 | $258,650.77 | $32,543.25 | $49,850.00 | $241,344.02 | Olmer, Thomas, Nawaz, Perkins |
| 39 Lilac Street New Haven | Freddie Mac | 8200 Jones Branch Drive #263 McLean, VA 22102 | Ryan McGuinness (703) 903-3371 | $173,850.00 | $28,546.11 | $54,000.00 | $148,396.11 | Olmer, Depa, Thomas, Nawaz, Perkins |
| 433 Shelton Ave New Haven | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $236,292.00 | | **$56,000.00** | $180,292.00 | Olmer, Asmar, Depa, Thomas, Nawaz, Perkins |
| 61 Baxter Lane Milford | Fannie Mae | 14221 Dallas Parkway Suite 1000 Dallas TX 75254 | Jane Everrett (214) 242-8181 | $304,458.00 | | **$210,000.00** | $94,458.00 | Olmer, Asmar, Thomas, Perkins |

**Schedule A: Amended Babar Restitution Chart**

| Property | Victim | Lender Address | Lender Contact | Amount Paid to obtain loan | Other expenses and costs | Resold | Restitution Ordered* | Others Owing Restitution** |
|---|---|---|---|---|---|---|---|---|
| 243 Starr Street New Haven | BAC Home Loans | Bank of America ATTN: Corresp. Unit CA6-919-01-41 PO Box 5170 Simi Valley, CA 93062 | | $168,051.24 | | **$36,000.00** | $132,051.24 | Olmer, Asmar, Nicolas, Thomas, Nawaz, Perkins |
| 88 Hazel Street New Haven | American Southwest Mortgage | 3503 N.W.63rd Street Suite 500 Oklahoma City OK 73120 | Bob Carlton (405) 651-2225 | $177,655.00 | | **$38,000.00** | $139,655.00 | Olmer, Asmar, Nicolas, Thomas, Nawaz, Perkins |
| 36 Blinman Street New London | BAC Home Loans | Bank of America ATTN: Corresp. Unit CA6-919-01-41 PO Box 5170 Simi Valley, CA 93062 | | $256,613.00 | | **$74,000.00** | $182,613.00 | Olmer, Asmar, Nawaz, Perkins, Thomas |
| 211 Lloyd Street New Haven | Wells Fargo Bank NA | 8480 Stagecoach Circle Frederick, MD 21701 | | $161,802.79 | $12,378.49 | **$72,000.00** | $102,181.28 | Olmer, Asmar, Martineau, Gallagher, Thomas, Nawaz, Perkins |
| 70 Center Street Bridgeport | | | | n/a | n/a | $191,000.00 | | Olmer, Asmar, Martineau, Thomas, Nawaz, Perkins |
| 221 Starr Street New Haven | | | | n/a | n/a | **$40,000.00** | | Olmer, Asmar, Thomas, Nawaz, Perkins |
| | | | | | | **Total Restitution Ordered** | **$4,749,024.76** | |

*Restitution = [Amount Paid to Obtain Loan] plus [Other Expenses and Costs] minus [Resold]
**Key to This Column on Next Page

**Key to Persons Owing Restitution**

| Persons Owing Restitution | Full Name and Case Docket Number |
|---|---|
| Asmar | Marshall Asmar, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Avigdor | David Avigdor, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Babar | Syed A. Babar, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Depa | Lisa Depa, Defendant in USA v. Depa 03:11-cr-00019 |
| Gallagher | Thomas Gallagher, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Martineau | Alicia Martineau, Defendant in USA v. Martineau 03:11-cr-00020 |
| Nawaz | Rab Nawaz, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Nicolas | Wilson Nicolas, Defendant in USA v. Nicolas 03-11-cr-00026 |
| Novak | Richard Novak, Defendant in USA v. Novak 03:11-cr-00038 |
| Olmer | Morris I. Olmer, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Perkins | Kenneth C. Perkins, Defendant in USA v. Perkins 03-10-cr-00201 |
| Qamer | Rehan Qamer, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Russo | Nathan M. Russo, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Saleem | Mohammed Saleem, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |
| Thomas | Jo'Mell Thomas, Defendant in USA v. Thomas 03-11-cr-00042 |
| Werner | Wendy Werner, Co-Defendant in USA v. Babar et. al. 03:10-cr-00093 |