UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL CASE NUMBER: |
| v. | : | |
| | : | 3:10-cr-00093-AWT-1 |
| SYED A. BABAR, | : | |
| *Defendant.* | : | March 22, 2017 |

**MOTION TO**
**CORRECT CLERICAL ERROR IN JUDGMENT**

Syed A. Babar moves under Federal Rule of Criminal Procedure 36 to correct the supervised release term reflected in the written judgment. A Rule 36 motion, which may be made at any time, "is the appropriate remedy to make the judgment and commitment papers conform to the sentence pronounced orally." 3 Charles Alan Wright & Sarah N. Welling, Federal Practice and Procedure § 641 (4th ed. 2011). The oral sentence, not the written judgment, controls. United States v. A-Abras Inc., 185 F.3d 26, 29 (2d Cir. 1999) ("Where an unambiguous oral sentence conflicts with the written judgment, the constitutional right of a defendant to be present at sentencing dictates that the oral pronouncement of sentence must control."). Here, the Court sentenced Mr. Babar to a three-year term of supervised release. ECF No. 867 (Sentencing Tr.) at 32:10–11 ("After imprisonment you shall be placed on supervised release for a period of three years."). The written judgment, however, reflects a five-year term of supervised release. ECF No. 702.

Respectfully Submitted,

THE DEFENDANT,
Syed A. Babar

FEDERAL DEFENDER OFFICE

Date: November 14, 2018         /s/ Ross Thomas
                                Assistant Federal Defender
                                10 Columbus Blvd, 6th FL
                                Hartford, CT 06106
                                Phone: (860) 493-6260
                                Bar No.: phv08740
                                Email: ross_thomas@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 14, 2018, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Ross Thomas
        Ross Thomas